# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES of AMERICA,** | ) ) ) | **Criminal Action No.** |
| v. | ) ) | **16-10199-FDS** |
| **SANTO ARIAS,** | ) ) ) |  |
| **Defendant.** | ) ) |  |

## ORDER ON DEFENDANT'S MOTION TO REDUCE SENTENCE

**SAYLOR, J.**

On March 10, 2017, defendant was sentenced to a term of 51 months' imprisonment. He had pleaded guilty to one count of violating 8 U.S.C. § 1326, unlawful reentry of a deported alien. He has since moved to reduce his sentence.

The motion appears to contend that his sentence should be reduced pursuant to 18 U.S.C. § 3582(c)(2) because of a retroactive amendment to the United States Sentencing Guidelines. However, he has not cited to any such amendment, nor has he provided any other reason to warrant a sentencing reduction.

Without more, the Court cannot consider the merits of defendant's motion. Accordingly, the motion is DENIED without prejudice.

**So Ordered.**

/s/ F. Dennis Saylor  
F. Dennis Saylor IV  
Dated: May 21, 2018            United States District Judge